William Luhman, Respondent, v. New York, Westchester and Boston Railway Company, Appellant.— Judgment affirmed, with costs, upon

authority of *Luhman* v. *New York, Westchester & Boston Railway Company* (163 App. Div. 964). Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.